478 A.2d 75

Commonwealth v. Maglisco, Appellant.

Submitted May 18, 1984. Wayne S.

594

Lipecky, for appellant; Edward J. Tocci, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, OLSZEWSKI and ROBERTS, JJ.

Order affirmed.